April 5, 2019

**Via ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       **Re:**    **Seda Lourido v. Charter Communications LLC**
               **18 CV 10340 (AT)**

Dear Judge Torres:

     We represent Plaintiff Marisol Seda Lourido in the above-referenced matter and submit this joint status letter with Defendant Charter Communications, LLC ("Charter"), in accordance with the Court's Order of February 6, 2019, which stayed all deadlines in this action.

     Since the Court's prior Order, the parties have initiated arbitration proceedings with the American Arbitration Association, have selected an Arbitrator and are presently scheduling dates for a hearing to be held. Plaintiff respectfully requests that the Court maintain jurisdiction over this matter while the arbitration proceeds, with all deadlines remaining stayed.

     We thank Your Honor for the Court's attention to this matter.

                 Respectfully submitted,

                 BRIAN HELLER

cc:    Melissa C. Rodriguez,. Esq. – via ECF