USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/4/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARISOL SEDA LOURIDO,

                Plaintiff,

-against-

CHARTER COMMUNICATIONS, LLC,

                Defendant.

18 Civ. 10340 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    This case was stayed on February 6, 2019, and April 5, 2019, pending the outcome of arbitration. ECF Nos. 19, 22. On February 1, 2021, the parties informed the Court that the arbitrator issued a final decision. ECF No. 34. Accordingly, the parties shall meet and confer, and file a letter with the Court proposing next steps by **February 18, 2021**.

    SO ORDERED.

Dated: February 4, 2021
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge